**Fill in this information to identify the case:**

Debtor name    **Cherry Growers, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **17-04127**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 31, 2017**     *X* **/s/ Eric MacLeod**

Signature of individual signing on behalf of debtor

**Eric MacLeod**
Printed name

**President and General Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Cherry Growers, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **17-04127**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $   **5,540,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $   **2,598,138.48**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $   **8,138,138.48**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $   **9,428,890.40**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$   **7,359,078.10**

4. Total liabilities ............................................................................................
   Lines 2 + 3a + 3b                                                                                       $   **16,787,968.50**

**Fill in this information to identify the case:**

Debtor name  **Cherry Growers, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **17-04127**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$150.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chemical Bank** | **Checking - Workers Compensation Bond** | **5923** | $100,374.24 |
| 3.2. | **Huntington National Bank** | **Checking - Main account** | **3314** | $74,593.57 |
| 3.3. | **Huntington National Bank** | **Checking - Payroll Account** | **5020** | $403.52 |
| 3.4. | **Huntington National Bank** | **Checking - EPS escrow Security Acct** | **2490** | $7,154.25 |
| 3.5. | **HNB sweep account** | | | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $182,675.58 |
|---|

| Debtor | **Cherry Growers, Inc.** | Case number *(If known)* **17-04127** |
|---|---|---|
| | Name | |

---

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.　　**Accounts receivable**

| 11a. 90 days old or less: | 817,909.90 | - | 0.00 | = .... | $817,909.90 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.　　**Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$817,909.90

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.　　**Mutual funds or publicly traded stocks not included in Part 1**
　　　 Name of fund or stock:

15.　　**Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
　　　 Name of entity:　　　　　　　　　　　　　　　　% of ownership

| | Name of entity | % of ownership | | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1. | Calypso Brands, Inc. | 100 | % | Unknown |
| 15.2. | CGI Processing, LLC - value unknown | 100 | % | Unknown |
| 15.3. | CGI Services, LLC - value unknown | 80 | % | Unknown |
| 15.4. | Equitable Interest in CherriCo, Inc - value unknown | | % | Unknown |
| 15.5. | Equitable interest in CO Bank - subject to Cherry Central security interest | | % | $460,000.00 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Cherry Growers, Inc.**      Case number *(if known)* **17-04127**
Name

| | | | |
|---|---|---|---|
| 15.6. | **Equitable interest in North Bay SA - value unknown** | % | **Unknown** |
| 15.7. | **Michelle's Miracle, Inc. - 500,000 shares of Series A Preferred Stock - value unknown** | % | **Unknown** |
| 15.8. | **Qualified Revolving Fund Certificates for retained earnings as participant in Cherry Central, Inc. Book Value $665,635.49, but market value unknown.** | % | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| **$460,000.00** |
|---|

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **See Attachment- Frozen tart cherries from 2013-2015 crop years subject to Wells Fargo and Cherry Central security interest** | **May 31, 2015** | **$0.00** | **Recent cost** | **$456,203.00** |

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| **$456,203.00** |
|---|

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Cherry Growers, Inc.**
Name

Case number *(If known)* **17-04127**

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Obsolete packaging supplies, various equipment, supplies, computers** | $0.00 | | $10,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | $10,000.00 |
    |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **1974 Heil Tanker Trailer** | $7,500.00 | | $7,500.00 |
| 47.2. **1976 Chevrolet Dump Truck - VIN ending 1679** | $0.00 | | Unknown |

---

Schedule A/B Assets - Real and Personal Property

Debtor    **Cherry Growers, Inc.**                                   Case number *(If known)*  **17-04127**
         Name

| | | | |
|---|---|---|---|
| 47.3. | **1978 Walker 6,000 gallon tandem axle Tanker Trailer** | **$16,500.00** | **$16,500.00** |
| 47.4. | **1985 GMC Conventional Tractor** | **$0.00** | **$3,000.00** |
| 47.5. | **1986 Ford Dump Truck VIN ending 2925** | **$0.00** | **Unknown** |
| 47.6. | **2003 Ford Pickup Truck VIN ending 9876** | **$0.00** | **$3,250.00** |
| 47.7. | **2008 GMC  Sierra VIN ending 5458** | **$0.00** | **$11,000.00** |
| 47.8. | **2009 Ford VIN ending 4595** | **$0.00** | **$2,500.00** |
| 47.9. | **2013 Ford F Pickup VIN ending 5271** | **$0.00** | **$15,000.00** |
| 47.10. | **2013 Ford Flex VIN ending 5452** | **$0.00** | **$15,000.00** |
| 47.11. | **2014 Ford F250 Superduty VIN ending 1568** | **$0.00** | **$21,000.00** |
| 47.12. | **1986 Clark Flatbed Trailer, VIN 2829** | **$0.00** | **$1,000.00** |
| 47.13. | **Crown SC4000 Electric Lift Truck** | **$0.00** | **$100.00** |
| 47.14. | **GMC C7D042 Cab and Chassis with Flatbed Truck** | **$0.00** | **$500.00** |
| 47.15. | **Walker Transport Trailer** | **$0.00** | **$1,000.00** |
| 47.16. | **1960's model Ford truck-used for specialty work** | **$0.00** | **$5,000.00** |
| 47.17. | **1995 Ford Pickup** | **$0.00** | **Unknown** |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Backblade and V-plow, salt spreader, and bulk apple unloader** | **$0.00** | **$20,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Cherry Growers, Inc.** | | Case number *(If known)* **17-04127** |
| | Name | | |

| | | | |
|---|---|---|---|
| **machinery and equipment** | $0.00 | | $450,000.00 |
| **A cup line subject to Cherry Central security interest** | $0.00 | | $99,000.00 |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   <div style="text-align:right">$671,350.00</div>

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

<div style="background:black;color:white">Part 9:</div>  **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Grawn Plant #1 - Real property located at 6331 US 31 South, Grawn, MI - Approximately 455 acres Tax ID Nos. 28-07-012-024-00; 28-07-120-001-00; 28-07-012-022-00; and 28-07-012-020-240-00. Also includes property located on Wilcox St., Grawn, MI Estimated Liquidation Value.** | **Fee simple** | $0.00 | | $5,000,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Cherry Growers, Inc.**                                      Case number *(If known)*  **17-04127**
          <sub>Name</sub>

| 55.2. | **Traverse City Plant #2 - Real Property located at 9440 S. Center Hwy, Traverse City, MI - Approximately 31 acres Tax ID Nos. 004-008-009-00 and 004-008-10-20** | Fee simple | $0.00 | $540,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $5,540,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Calypso Bay Trademark - value unknown** | $0.00 | | Unknown |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** **Dept. of Environmental Quality Permit** | $0.00 | | Unknown |
| | **State of Michigan Boiler License** | $0.00 | | Unknown |
| | **Waste Water Discharge Permit** | $0.00 | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

Debtor    **Cherry Growers, Inc.**                                    Case number *(if known)*  **17-04127**
          Name

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Claim against Materne North America Corporation for breach of contract and agreement - value unknown**                    **Unknown**
    Nature of claim
    Amount requested                     **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                              **$0.00**
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor   **Cherry Growers, Inc.**
Name

Case number *(If known)* **17-04127**

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $182,675.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $817,909.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $460,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $456,203.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $671,350.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $5,540,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,598,138.48 | + 91b. $5,540,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,138,138.48 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

# Attachment to
# Schedule A/B

## #11 Accounts Receivable

As of 8/28/2017 Cherry Growers

| | Accts Receivable |
|---|---|
| UNCLE SPORTS AGENDA | $265.00 |
| CHERRCO MISC | $10,424.25 |
| MICHIGAN FOOD PROCESSORS COOP INC | $59,595.11 |
| OCEANA FOODS | $2,372.80 |
| CHERRY CENTRAL INC | -$5,901.25 |
| INDIAN SUMMER COOPERATIVE INC | -$159,959.59 |
| CHERRY CENTRAL MISC | $17,978.30 |
| CONAGRA FOODS | $33.60 |
| LEELANAU FRUIT CO | $33,847.80 |
| MICHELLE'S MIRACLE | $31,024.30 |
| MATERNE NORTH AMERICA | $161,762.67 |
| FARM FRESH FIRST LLC | $30,763.75 |
| GARTHE FARMS | $30,409.50 |
| CHERRY CAPITAL SERVICES INC. | $137.20 |
| GRAND TRAVERSE FRUIT LLC | $4,678.56 |
| BONERT'S FOODS | $2,169.20 |
| NEW TREE FRUIT COMPANY LP | $19,099.87 |
| GREEN BIRD ORGANIC CELLARS | $1,420.00 |
| CHERRCO MISC | $456,203.24 |
| INTERCOMPANY | $120,385.59 |
| CHERRY BAY ORCHARDS | $1,200.00 |
| | |
| TOTAL: | $817,909.90 |

# Attachment to Schedule A/B

## #22 Other Inventory or Supplies

| PRODUCT # | | Net Inventory |
|---|---|---|
| 101 | TART CH CONC BRL 52GAL 68BRIX | 106,852.00 |
| 105 | 5 GAL PLS ORGANIC CHERRY | 525.00 |
| 109 | 5 GAL PAILS CHERRY CONCENTRATE | 6,650.00 |
| 113 | CHERRY ESSENCE | 27,237.60 |
| 114 | BALATON CH CONC 52 GAL 68 BRIX | 4,109.32 |
| 610 | #10 Peach Pie Fill | 1,973.16 |
| 1001 | 40# RTP IQF | 145,158.28 |
| 1012 | 40# RTP IQF Dieced Reproced | 31,514.57 |
| 1013 | 40# RTP Sliced Reprocessed | 89,003.33 |
| 2110 | 40# DSP Diced | 507.78 |
| 2121 | 40# DSP IQF | 33,677.22 |
| 2122 | 40# DSP HALVS MIC RE | 3,573.45 |
| | | 450,780.41 |

**Fill in this information to identify the case:**

Debtor name **Cherry Growers, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **17-04127**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

### 2.1 Cherry Central Co-op, Inc.

Creditor's Name
**PO Box 988**
**Traverse City, MI**
**49685-0988**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1993 - 2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Equipment, Qualified Revolving Fund Certificates, CoBAnk equity**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$750,000.00** | Value of collateral: **Unknown**

### 2.2 Cherry Central Co-op, Inc.

Creditor's Name
**PO Box 988**
**Traverse City, MI**
**49685-0988**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Inventory of agricultural products, including sweet cherries**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$165,503.00** | Value of collateral: **$188,096.33**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor   **Cherry Growers, Inc.**
_____
Name

Case number (if know)   **17-04127**
_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Cisco Systems Capital Corp.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Equipment Lease dated 2/27/17 - Computer equipment and phone equipment and service agreement**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Fisher Properties of Indiana, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**Indiana, Inc.**
**222 S. Mulberry Street**
**Muncie, IN 47305**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Security agreement in bottling line to secure payment of future royalties**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Grand Traverse County** | Describe debtor's property that is subject to a lien | **$239,708.19** | **$5,540,000.00** |

Creditor's Name

**400 Boardman Ave., Ste 104**
**Traverse City, MI 49684**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real Property**

**Describe the lien**
**Statutory Lien**

**Is the creditor an insider or related party?**
- ■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Cherry Growers, Inc.** | Case number (if know) | **17-04127** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | **Grand Traverse County Treas.** | Describe debtor's property that is subject to a lien | **$52,531.15** | **$5,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Grawn Plant #1 - Real property located at 6331 US 31 South, Grawn, MI - Approximately 455 acres**
**Tax ID Nos. 28-07-012-024-00; 28-07-120-001-00; 28-07-012-022-00; and 28-07-012-020-240-00.  Also includes property located on Wilcox St., Graw**

**400 Boardman**
**OH 44968-4000**

Creditor's mailing address

Describe the lien
**Statutory Lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2402**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | **Green Lake Township Treasurer** | Describe debtor's property that is subject to a lien | **$216,838.06** | **$5,540,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Property taxes**

**PO Box 157**
**Interlochen, MI 49643**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Cherry Growers, Inc.** | Case number (if know) | **17-04127** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | **$7,855,977.00** | **$5,990,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**5 Loans - Equipment lien, real estate mortgages, and a lien in the rights to a loan issued to the Cherry Growers New Market Tax Credit Fund, LLC and the leveraged loan documents**

**1227 Front Street**
**Traverse City, MI 49686**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Industrial Leasing** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Various Nissan forklift trucks, Barrett pallet truck, and Hawker batteries**

**PO Box 1803**
**Grand Rapids, MI 49501**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 0 | **Morrison Industrial Equipment** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Lease of 11 Nissan forklift trucks and related equipment - lease dated 6/25/13**

**PO Box 1803**
**Grand Rapids, MI 49501**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Cherry Growers, Inc.**                                    Case number (if know)    **17-04127**
_____
Name

|  | Is the creditor an insider or related party? |  |  |
|---|---|---|---|
| _____ | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.11  US Bank Corp.**
_____
Creditor's Name

**Community Development**
**1307 Washington AVe., Ste 30**
**Saint Louis, MO 63103**
_____
Creditor's mailing address

| | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|
| | **Debtor's rights in the fund loan between debtor and Cherry Growers Investment Funds, LLC** | | |
| _____ | **Describe the lien** | | |
| Creditor's mailing address | _____ | | |
| | **Is the creditor an insider or related party?** | | |
| _____ | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

**2.12  Wells Fargo Bank, N.A.**
_____
Creditor's Name

**MAC R4057-01R**
**7711 Plantation Rd, 1st Floor**
**Roanoke, VA 24019**
_____
Creditor's mailing address

| | Describe debtor's property that is subject to a lien | $148,333.00 | $456,203.00 |
|---|---|---|---|
| | **Via Cherrico - frozen tart cherry inventory for 2013, 2014 and 2015 years. See attachment** | | |
| | **Describe the lien** | | |
| _____ | _____ | | |
| Creditor's email address, if known | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | ■ No | | |
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

---

| Debtor | **Cherry Growers, Inc.** | | Case number (if know) | **17-04127** |
|---|---|---|---|---|

Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  |  **$9,428,890.4 0**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brendan G. Best**<br>**Varnum, LLP**<br>**160 W. Fort St.**<br>**5th Floor**<br>**Detroit, MI 48226** | Line  **2.1** | |
| **Brendan G. Best**<br>**Varnum, LLP**<br>**160 W. Fort St.**<br>**5th Floor**<br>**Detroit, MI 48226** | Line  **2.2** | |
| **Cherrco, Inc.**<br>**5793 West Johnson Rd.**<br>**Ludington, MI 49431** | Line  **2.12** | |
| **Eric S. Bergeron**<br>**Dickinson Wright**<br>**500 Woodward Ave.**<br>**Suite 4400**<br>**Detroit, MI 48226** | Line  **2.8** | |
| **Steven G. Howell**<br>**Dickinson Wright**<br>**500 Woodward Ave.**<br>**Suite 4000**<br>**Detroit, MI 48226** | Line  **2.8** | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

**Fill in this information to identify the case:**

Debtor name    **Cherry Growers, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **17-04127**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Ace Hardware**<br>**4106 US 31 South**<br>**Traverse City, MI 49685**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $8.37 |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Air Components Inc.**<br>**1181 - 58th St. SW**<br>**PO Box 9385**<br>**Wyoming, MI 49509**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $4,211.85 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Airgas USA, LLC**<br>**PO Box 802576**<br>**Chicago, IL 60680-2576**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $216.82 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Alfa Laval Kathabar Inc.**<br>**91 Sawyer Ave.**<br>**Tonawanda, NY 14150**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | $2,380.87 |

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$251,314.35** |
|---|---|---|---|

**Alpers Farms LLC**
7373 E. Pertner Rd
Lake Leelanau, MI 49653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,017.68** |
|---|---|---|---|

**Alta Equipment Co.**
Dept 771420
PO Box 77000
Detroit, MI 48277-1420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,346.82** |
|---|---|---|---|

**American International Foods**
8066 Fulton St. East
Ada, MI 49301-9339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22.00** |
|---|---|---|---|

**American Waste Inc.**
PO Box 1030
Kalkaska, MI 49646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,338.22** |
|---|---|---|---|

**Anderson Chemical Co. Inc.**
325 South Davis Ave.
Litchfield, MN 55355

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,956.33** |
|---|---|---|---|

**Ashlock Company**
Division of Vistan Corp.
PO Box 1676
San Leandro, CA 94577-0167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$116,405.55** |
|---|---|---|---|

**Ball Packaging Corp.**
PO Box 932913
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Cherry Growers, Inc.**
Name

Case number (if known)   **17-04127**

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.10 |
|---|---|---|---|

**Bay Supply & Mkt, Inc.**
**520 US 31 South**
**Traverse City, MI 49685**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $208,012.94 |
|---|---|---|---|

**Belleharvest Sales Inc.**
**11900 Fisk Road**
**Belding, MI 48809**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,244.88 |
|---|---|---|---|

**Bernard J. Thome Orchards**
**1660 - 8 Mile Rd**
**Comstock Park, MI 49321**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,343.26 |
|---|---|---|---|

**Beuschel Fruit & Dairy LLC**
**David Beuschel**
**21379 - 16th Ave.**
**Conklin, MI 49403**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.30 |
|---|---|---|---|

**Blarney Castle Oil Co.**
**PO Box 693**
**Traverse City, MI 49685-0693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,379.62 |
|---|---|---|---|

**Brookwood Fruit Farm**
**Attn: Chuck Bristol**
**7845 Bordman Road**
**Almont, MI 48003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,634.28 |
|---|---|---|---|

**Bucher Vaslin North-America**
**3100 Dutton Ave., Suite 146**
**Santa Rosa, CA 95407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,545.90**

**Burnette Foods Inc.**
**Slot A-93**
**PO Box 66973**
**Chicago, IL 60666-0973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,855.40**

**Business Card**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$309,453.44**

**Can Corporation of America**
**PO Box 13700-1168**
**Philadelphia, PA 19191-1168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,529.55**

**Charles H. Chase Orchards LLC**
**8011 Sparta Ave.**
**Sparta, MI 49345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,134.26**

**CHEP USA**
**15226 Collections Ctr Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,559.90**

**Cherry Central Co-op Inc.**
**PO Box 988**
**Traverse City, MI 49685-0988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$578,206.61**

**Cherry Home Orchards LLC**
**PO Box 822**
**Northport, MI 49670**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |

Name

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,044.03**

**Cherry Home Orchards LLC**
**PO Box 822**
**Northport, MI 49670**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,858.43**

**Chris J. Alpers**
**2205 Birch Lee Dr.**
**Lake Leelanau, MI 49653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$859.55**

**Cisco Systems Capital Corp.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clark Hill PLC**
**Attn:  Joesph S. Kopietz**
**500 Woodward Ave.**
**Suite 3500**
**  MI 49226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice only**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,631.65**

**Critereon Company LLC**
**124 E. Northfield Dr., Suite F**
**Brownsburg, IN 46112-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,882.57**

**Crown Cork & Seal USA Inc.**
**One Crown Way**
**Philadelphia, PA 19154-4599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,430.61**

**D & D Freeland's Green Top LLC**
**Attn: Dan and Doug Freeland**
**4511 - 21 Mile Road**
**Kent City, MI 49330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,169.73** |
|---|---|---|---|

**D&J Debski Trucking LLC**
4270 - 10 Mile Road
Sparta, MI 49345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,676.65** |
|---|---|---|---|

**Daly Orchard Co.**
3585 W. Jackson Road
Hart, MI 49420

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,932.72** |
|---|---|---|---|

**Dave Schartner**
6476 Highway 42
Egg Harbor, WI 54209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,725.20** |
|---|---|---|---|

**Dietrich Orchards LLC**
250 Wilson St.
Conklin, MI 49403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,829.18** |
|---|---|---|---|

**DP Brown of Detroit, Inc.**
1646 Champagne Dr. N.
Saginaw, MI 48604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,398.19** |
|---|---|---|---|

**Dutchman Orchards**
Attn: Ed Raak
6967 - 109th Ave.
South Haven, MI 49090

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295,108.51** |
|---|---|---|---|

**Eagle View Farms**
Attn: Alan & Nancy Spinniken
7360 E. Pertner Rd
Lake Leelanau, MI 49653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address
**Ecolab Pest Elim. Div.**
**26252 Network Place**
**Chicago, IL 60673-1262**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,847.46**

---

**3.41** | Nonpriority creditor's name and mailing address
**Eds Schoenborn Orchards LLC**
**19664 - 24th Ave.**
**Conklin, MI 49403**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Grower__

Is the claim subject to offset? ■ No ☐ Yes

**$9,618.80**

---

**3.42** | Nonpriority creditor's name and mailing address
**Edwards Steffens Orchards LLC**
**6561 Walker Ave NW**
**Grand Rapids, MI 49544**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Grower__

Is the claim subject to offset? ■ No ☐ Yes

**$16,316.66**

---

**3.43** | Nonpriority creditor's name and mailing address
**Elmar Industries**
**PO Box 245**
**Depew, NY 14043-0245**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,367.72**

---

**3.44** | Nonpriority creditor's name and mailing address
**Elmwood Township**
**10090 E. Lincoln Road**
**Traverse City, MI 49684**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,372.29**

---

**3.45** | Nonpriority creditor's name and mailing address
**Emery Enterprises Inc.**
**140 Washington Ave.**
**Alpena, MI 49707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,010.34**

---

**3.46** | Nonpriority creditor's name and mailing address
**Farm Fresh First LLC**
**PO Box 212**
**40 Stevens St.**
**Oakfield, NY 14125**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Agricultural products purchased. Potential PACA claim__

Is the claim subject to offset? ■ No ☐ Yes

**$321,257.86**

---

Debtor    **Cherry Growers, Inc.**                                          Case number (if known)    **17-04127**
_____
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.75** |
|---|---|---|---|

**Fedex Freight Inc.**
PO Box 223125
Pittsburgh, PA 15251-2125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,384.69** |
|---|---|---|---|

**Fisher Prop of Inc - Redpath**
Attn: David Alpers
7373 E. Pertner Road
Lake Leelanau, MI 49653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$326.88** |
|---|---|---|---|

**Fluid Process Equipment Inc.**
Sun Source
23851 Network Place
Chicago, IL 60673-1238

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,555.84** |
|---|---|---|---|

**Friske Orchards**
11027 Doctor Road
Charlevoix, MI 49720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,676.05** |
|---|---|---|---|

**Fruit Ridge Apple Company LLC**
4110 - 10 Mile Road
Sparta, MI 49345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.57** |
|---|---|---|---|

**Galloup Company Inc./Kendall**
PO Box 671121
Detroit, MI 48267-1121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,551.96** |
|---|---|---|---|

**Garthe Farms LLC**
Attn: Eugene Garthe
9691 East Seth Road
Northport, MI 49670

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,048.38** |
|---|---|---|---|

**Gary Schaub**
**1952 S. Schomberg Rd**
**Lake Leelanau, MI 49653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,986.46** |
|---|---|---|---|

**Generations AG, LLC**
**54982 M-43**
**Bangor, MI 49013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147,972.38** |
|---|---|---|---|

**George A. McManus Jr. and/or**
**Clara B. McManus**
**741 Garfield Rd South**
**Traverse City, MI 49696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$443.00** |
|---|---|---|---|

**Grand Traverse Analytical**
**PO Box 6962**
**Traverse City, MI 49696-6962**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,290.00** |
|---|---|---|---|

**Grand Traverse Trucking, Inc.**
**PO Box 6046**
**2699 Cass Road**
**Traverse City, MI 49696**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,963.82** |
|---|---|---|---|

**Great Lakes Belting Corp.**
**PO Box 358**
**Paw Paw, MI 49079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,731.95** |
|---|---|---|---|

**Gregory Fredrickson**
**10250 N. Foxview Dr.**
**Northport, MI 49670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,003.01**

**GT Packaging and Janitorial**
**3820 Cass Road**
**Traverse City, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$656.59**

**GTD, Inc.**
**PO Box 1143**
**Traverse City, MI 49685-1143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,907.35**

**Harold Goodell**
**54823 Sink Road**
**Dowagiac, MI 49047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,679.80**

**High Acres Fruit Farm**
**60708 - 54th Ave.**
**Hartford, MI 49057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,734.92**

**Hohnke & Sons Inc.**
**3383 E. Hohnke Road**
**Cedar, MI 49621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234,107.46**

**Hollenbeck Orchards**
**Attn: Melvin Hollenbeck**
**12988 Waring Road**
**Kewadin, MI 49648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00**

**Honee Bear Canning Inc.**
**PO Box 907**
**Lawton, MI 49065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.68**

**Nonpriority creditor's name and mailing address**

**In-Spec Technologies**
**4285 N. Lickert Harder Rd**
**Graytown, OH 43432**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,590.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Industrial Container Serv.**
**PO Box 2067**
**Montebello, CA 90640-1467**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50,720.35**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**J & J Orchard LLC**
**Attn: Josh Morse**
**10350 Fruitridge Ave.**
**Sparta, MI 49345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$17,451.50**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**Jack Brown Produce Inc.**
**8035 Fruit Ridge Ave. NW**
**Sparta, MI 49345**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$11,771.80**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Joe Rasch Orchards Inc.**
**305 Roosevelt**
**Conklin, MI 49403**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$53,474.72**

---

**3.73**

**Nonpriority creditor's name and mailing address**

**John A. Alt Jr. and Stacey Alt**
**243 Kenowa Ave.**
**Kent City, MI 49330-1000**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$37,358.74**

---

**3.74**

**Nonpriority creditor's name and mailing address**

**John and Michelle McManus**
**903 S. Rusch Rd**
**Traverse City, MI 49696**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$5,256.76**

---

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.75** | Nonpriority creditor's name and mailing address
**John and Sally Anderson**
**14983 Peach Ridge Ave.**
**Kent City, MI 49330**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.76** | Nonpriority creditor's name and mailing address
**John and Susan Nink**
**d/b/a Black Farms**
**7183 Harry's Road**
**Traverse City, MI 49684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ☑ No ☐ Yes

**$49,554.37**

---

**3.77** | Nonpriority creditor's name and mailing address
**Ken Reister Orchards**
**644 Gooding Road**
**Conklin, MI 49403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,252.38**

---

**3.78** | Nonpriority creditor's name and mailing address
**Kendall Electric Inc.**
**PO Box 671121**
**Detroit, MI 48267-1121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$799.47**

---

**3.79** | Nonpriority creditor's name and mailing address
**King Orchards**
**4620 North M88**
**Central Lake, MI 49622**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,797.70**

---

**3.80** | Nonpriority creditor's name and mailing address
**Klenk Orchards LLC**
**Attn: Rodney Klenk**
**3888 - 10 Mile Road**
**Sparta, MI 49345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ☑ No ☐ Yes

**$110,850.76**

---

**3.81** | Nonpriority creditor's name and mailing address
**KML Water Treatment**
**PO Box 380**
**Laotto, IN 46763-0380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$17,517.94**

---

| Debtor | **Cherry Growers, Inc.** | | Case number *(if known)* | **17-04127** |
|---|---|---|---|---|
| | Name | | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,752.96**

**Korson Farm**
Attn:  Wencil Korson
8566 E. Alpers Rd
Suttons Bay, MI 49682

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$238.83**

**Krum Pump & Equipment Inc.**
PO Box 2198
Kalamazoo, MI 49003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kuhn Rogers PLC**
PO Box 987
412 S. Union
Traverse City, MI 49684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Notice only__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,824.23**

**Laketon Orchards**
Attn: Mike Dietrich
1311 Wilson Ave.
Conklin, MI 49403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.22**

**Laman Farm**
5857 Indian Hill Road
Honor, MI 49640

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Grower__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,727.29**

**Landstar Global Logistics**
PO Box 8500-54302
Philadelphia, PA 19178-4302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.53**

**Lark Lawn & Garden Inc.**
4037 Norton Road
Grawn, MI 49637

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**Leelanau County Treasurer**
**8527 E. Government Center**
**Suttons Bay, MI 49682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$20,439.47**

---

**3.90** | Nonpriority creditor's name and mailing address
**Leelanau Fruit Company**
**2900 S. West Bay Shore Dr.**
**Suttons Bay, MI 49682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

**3.91** | Nonpriority creditor's name and mailing address
**Lemon Creek Fruit Farm**
**533 E. Lemon Creek Road**
**Berrien Springs, MI 49103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$3,049.74**

---

**3.92** | Nonpriority creditor's name and mailing address
**Leobardo Ocanas Farms/CHS**
**14792 Peninsula Dr.**
**Traverse City, MI 49686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$160,808.97**

---

**3.93** | Nonpriority creditor's name and mailing address
**Louis Armock**
**530 Taft**
**Conklin, MI 49403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$5,509.39**

---

**3.94** | Nonpriority creditor's name and mailing address
**LTI Printing Inc.**
**518 N. Centerville Road**
**Sturgis, MI 49091**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$48,056.75**

---

**3.95** | Nonpriority creditor's name and mailing address
**M. Gallagher Farm**
**Attn: Martin & Stacy Gallagher**
**9481 Breithaupt Road**
**Traverse City, MI 49684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$2,633.34**

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,190.00**

MacAllister Rentals
Dept 78731
PO Box 78000
Detroit, MI 48278-0731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$219.03**

Mail Finance
Dept 3682
PO Box 123682
Dallas, TX 75312-3682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,762.06**

Maple Valley Farms Inc.
6827 S. Maple City Rd
Maple City, MI 49664

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,062.95**

Marc Santucci
5909 Blythfield Dr.
East Lansing, MI 48823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.90**

Mark-Pack, Inc.
PO Box 305
Coopersville, MI 49404

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Matrne North America
20 W. 22nd St.
Suite 1604
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,826.42**

Maynard's Water Conditioning
9980 Cherry Valley
Caledonia, MI 49316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
|---|---|---|---|
| | Name | | |

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Michigan Dept. of Env. Quality**
PO Box 30426
Lansing, MI 48909

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Michigan Shippers Inc.**
PO Box 315
Ferrysburg, MI 49409-0315

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,559.96**

---

**3.105**

**Nonpriority creditor's name and mailing address**

**Michigan Strategic Fund**
c/o Michigan Economic
300 N. Washington Square
Lansing, MI 48913

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

**$20,334.59**

---

**3.106**

**Nonpriority creditor's name and mailing address**

**MIOSHA**
Gen. Ind. Safety and Health
PO Box 30644
Lansing, MI 48909-8144

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Alleged violations of Michigan Occupational Safety and Health Act.**

Is the claim subject to offset? ☐ No  ☐ Yes

**$19,250.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Modern Portable Refrigeration**
PO Box 1404
Manchester, CT 06045-1404

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Moon Lake Orchards**
Attn: Tim Bull
8422 Vista Dr.
Newaygo, MI 49337

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No  ☐ Yes

**$40,116.62**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**Mor-Son Leasing Co. Inc.**
PO Box 1803
1825 Monroe
Grand Rapids, MI 49501

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,806.82**

---

| Debtor | **Cherry Growers, Inc.** | | Case number (if known) | **17-04127** |
|---|---|---|---|---|
| | Name | | | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,171.56**

**Morrison Industrial Equipment**
**PO Box 1803**
**Grand Rapids, MI 49501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,855.89**

**Morrison Orchards**
**Attn: John Morrison**
**6128 S. Maple Island Rd**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,125.74**

**Moss Adams LLP**
**PO Box 101822**
**Pasadena, CA 91189-1822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,825.35**

**Motion Industries**
**PO Box 504606**
**Saint Louis, MO 63150-4606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,628.99**

**Nationwide Trans Svs**
**2910 Lucenter Dr. SE, Ste 250**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167,204.55**

**Nels Nyblad Family Farms**
**17965 Hall Rd**
**Casnovia, MI 49318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,507.57**

**New Leaf Orchards**
**Attn: Nicholas Nyblad**
**16606 Fruit Ridge Ave.**
**Kent City, MI 49330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Cherry Growers, Inc.**
_____
Name

Case number (_if known_) **17-04127**
_____

| | | |
|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **NMHG Financial Services**<br>**PO Box 14545**<br>**Des Moines, IA 50306-3545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Unpaid equipment lease payments__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$5,192.10**

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Norman Morgan**<br>**10536 North Shore**<br>**PO Box 335**<br>**Northport, MI 49670** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Grower__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$123,347.53**

| | | |
|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **North Shore Orchards LLC**<br>**Attn: Ben LaCross**<br>**6433 E. Lingaur Road**<br>**Lake Leelanau, MI 49653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Grower__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$41,879.81**

| | | |
|---|---|---|
| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Nugent Farms**<br>**1225 Forrester Road**<br>**Frankfort, MI 49635** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Grower__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$15,388.76**

| | | |
|---|---|---|
| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Nyblad Orchards Inc**<br>**16170 Fruit Ridge Ave.**<br>**Kent City, MI 49330** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: __Grower__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$45,623.69**

| | | |
|---|---|---|
| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Oceana Foods LLC**<br>**168 Lincoln St.**<br>**Shelby, MI 49455** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$40.80**

| | | |
|---|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ |
| | **Old Dominion Freight Line**<br>**14933 Collection Center Dr.**<br>**Chicago, IL 60693-4933** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred _ | Basis for the claim: _ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

**$2,433.12**

Debtor **Cherry Growers, Inc.**

Name

Case number (if known)   **17-04127**

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,853.48 |

**Packaging Credit Company**
3251 Chicago Dr. SW
Grandville, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,013.99 |

**Piedt Farms LLC**
**Attn: Michael & Deborah Piedt**
**7373 East Main St.**
**Eau Claire, MI 49111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,264.43 |

**Platt Farms**
1655 Harding St.
Conklin, MI 49403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.96 |

**Process Engineering &**
**Equipment Inc.**
571 Six Mile Road
Comstock Park, MI 49321

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,675.50 |

**Pure Water Works, Inc.**
1040 S. Garfield Road
Traverse City, MI 49686

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,857.18 |

**Quality Transparent Bag**
PO Box 486
Bay City, MI 48707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,012.39 |

**Rasch Brothers Apple Storage**
6192 Stage NW
Grand Rapids, MI 49544

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Grower**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.25** |

**Refrigeration Concepts Inc.**
**5959 Comstock Park Drive**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,756.59** |

**Ridgeview Orchards LLC**
**Attn: Al Dietrich**
**d1567 Wilson St.**
**Conklin, MI 49403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Robert Froehlich**
**8241 Lake Road**
**Berrien Center, MI 49102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.89** |

**Rockport Construction Inc.**
**1254 Palmer Ave.**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201,186.95** |

**Roossinck Fruit Stg Inc.**
**8990 W. 60th Street**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,727.27** |

**Roossinck Orchards Inc.**
**8990 W. 60th St.**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,243.66** |

**Runge Farms LLC**
**7661 E. Horn Road**
**Lake Leelanau, MI 49653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | Case number *(if known)* | **17-04127** |
| --- | --- | --- | --- |
| | Name | | |

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,527.73** |
| --- | --- | --- | --- |

**Ryder Transportation Services**
**PO Box 96723**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,246.29** |
| --- | --- | --- | --- |

**Schilling Farms LLC**
**Attn: Fred Schilling**
**6686 Preston Rd**
**Eau Claire, MI 49111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$379,983.45** |
| --- | --- | --- | --- |

**Send Farms Limited Partnership**
**2631 S. Lee Point Rd**
**Suttons Bay, MI 49682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,549.15** |
| --- | --- | --- | --- |

**Send Receiving**
**2866 South Lee Point Road**
**Suttons Bay, MI 49682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,832.72** |
| --- | --- | --- | --- |

**Shafer Lake Fruit**
**SLF Packing Inc.**
**60643 Red Arrow Hwy**
**Hartford, MI 49057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$732.00** |
| --- | --- | --- | --- |

**Sneller Orchards Inc.**
**521 Sawyer Blvd**
**Newaygo, MI 49337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,264.90** |
| --- | --- | --- | --- |

**Solstice Farms LLC**
**Attn: Peter Nyblad**
**15585 Fruitridge Ave.**
**Kent City, MI 49330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Grower_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Cherry Growers, Inc.**

Name

Case number (if known)  **17-04127**

| | |
|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** |

**SOS Analytical**
**4125 Cedar Run Road, Suite B**
**Traverse City, MI 49684**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$80.00

---

| | |
|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** |

**Southern Packaging Machinery**
**550 NW 3rd  Ave.**
**Homestead, FL 33034-0197**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$195.55

---

| | |
|---|---|
| 3.147 | **Nonpriority creditor's name and mailing address** |

**Star Truck Rentals Inc.**
**3940 Eastern Ave. SE**
**Grand Rapids, MI 49508-2497**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$87,462.46

---

| | |
|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address** |

**State Life Insurance**
**One America Financial Partners**
**PO Box 6002**
**Indianapolis, IN 46206-6002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$20.00

---

| | |
|---|---|
| 3.149 | **Nonpriority creditor's name and mailing address** |

**Steffens Orchards LLC**
**Attn: Robert Steffens**
**4344 - 13 Mile Road**
**Sparta, MI 49345**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.150 | **Nonpriority creditor's name and mailing address** |

**Steimel Brothers Farms**
**2943 S. West Bay Shire Drive**
**Suttons Bay, MI 49682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

$471.17

---

| | |
|---|---|
| 3.151 | **Nonpriority creditor's name and mailing address** |

**Steve Reister Farms**
**Attn: Steve Reister**
**994 Coolidge St.**
**Conklin, MI 49403**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No ☐ Yes

$6,062.79

---

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
|---|---|---|---|
| | Name | | |

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,679.54 |
|---|---|---|---|

**Stokes Blueberry Farms/Nursery**
**54239 - 14th Ave.**
**Grand Junction, MI 49056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $581.31 |
|---|---|---|---|

**Summit Laboratory**
**900 Godfrey Ave SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $462,824.92 |
|---|---|---|---|

**Sunfair Marketing Inc.**
**PO Box 1622**
**Yakima, WA 98907-1622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Agricultural products purchased. Potential PACA__
__claims.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $333,437.65 |
|---|---|---|---|

**SVF, Inc.**
**Attn: Steven or Kathy Kalchik**
**5540 N. Jelinek Road**
**Northport, MI 49670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Grower__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64,560.20 |
|---|---|---|---|

**Sweetener Supply Corp.**
**PO Box 848**
**Aurora, IL 60507-0848**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,049.00 |
|---|---|---|---|

**Switchback Group Inc.**
**PO Box 72539**
**Cleveland, OH 44192-2539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $42,799.35 |
|---|---|---|---|

**T.J.'s Trucking Inc.**
**6961 S. 45 Mile Road**
**PO Box 98**
**Cadillac, MI 49601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Cherry Growers, Inc.** | | Case number (if known) | **17-04127** |
|---|---|---|---|---|

Name

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,178.83**

**Telnet Worldwide Inc.**
**8020 Solutions Center**
**Chicago, IL 60677-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,545.78**

**Thome Orchards**
**Attn: Steven Thome**
**6375 Bristol Ave. NW**
**Comstock Park, MI 49321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$604.96**

**Tom McManus**
**2770 Kroupa Road**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$673.04**

**Tri-Gas Dist. Co.**
**1660 Barlow Street**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,411.76**

**True Blue Farms**
**09548 County Road 215**
**PO Box 195**
**Grand Junction, MI 49056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Grower**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**U.S. Env Protection Agency**
**77 West. Jackson Blvd.**
**Chicago, IL 60604-3590**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Alleged violations of the Clean Air Act**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$801.42**

**Uline Inc.**
**Attn: Acct Payable**
**2200 S. Lakeside Dr.**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com |

Debtor **Cherry Growers, Inc.**
_____
Name

Case number (if known)   **17-04127**

| | |
|---|---|
| **3.166** | |

**Nonpriority creditor's name and mailing address**
**USA Global Logistics LLC**
**PO Box 1593**
**Elk Grove Village, IL 60009-1593**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,772.50**

---

| |
|---|
| **3.167** |

**Nonpriority creditor's name and mailing address**
**Van's Brokerage Service LLC**
**2280 Turner Ave. NW**
**Grand Rapids, MI 49544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,358.37**

---

| |
|---|
| **3.168** |

**Nonpriority creditor's name and mailing address**
**Virginia or Robert Eitzen**
**3105 South Good Harbor Trail**
**Cedar, MI 49621**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$21,131.33**

---

| |
|---|
| **3.169** |

**Nonpriority creditor's name and mailing address**
**VR Food Equipment Inc.**
**5801 County Road 41**
**PO Box 25428**
**Farmington, NY 14425-9998**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,311.24**

---

| |
|---|
| **3.170** |

**Nonpriority creditor's name and mailing address**
**Ward and Dean Johnson**
**16373 Center Road**
**Traverse City, MI 49686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$2,780.73**

---

| |
|---|
| **3.171** |

**Nonpriority creditor's name and mailing address**
**Warren Orchards LLC**
**11076 Center Road**
**Traverse City, MI 49686**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$4,585.30**

---

| |
|---|
| **3.172** |

**Nonpriority creditor's name and mailing address**
**Werner Farm**
**Attn: John and Marian Werner**
**9791 Shady Lane Rd**
**Suttons Bay, MI 49682**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Grower**

Is the claim subject to offset? ■ No ☐ Yes

**$86,856.00**

---

Debtor **Cherry Growers, Inc.**                                       Case number *(if known)*   **17-04127**
_____
Name

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,139.11** |
| | **William and Monica Hoffman**<br>**11786 Center Road**<br>**Traverse City, MI 49686** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Grower__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73.00** |
| | **Williams and Bay Portable**<br>**Restrooms Inc.**<br>**PO Box 247**<br>**Cedar, MI 49621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260,926.59** |
| | **Williams Orchards**<br>**Attn: Greg Williams**<br>**PO Box 24**<br>**3055 Sullivan St.**<br>**Cedar, MI 49621** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Grower__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,087.57** |
| | **Youker Hill Farms**<br>**4977 M-37 South**<br>**Grawn, MI 49637** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __Grower__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.52** |
| | **Young Supply Company Inc.**<br>**52000 Sierra Drive**<br>**Chesterfield TWP, MI 48047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred ___ | Basis for the claim: __ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Honee Bear Canning Inc.**<br>**PO Box 88641**<br>**Chicago, IL 60680-1641** | Line __3.67__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Mark Hullman**<br>**3230 Racquet Club Dr.**<br>**Traverse City, MI 49684** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Cherry Growers, Inc.** | Case number (if known) | **17-04127** |
| --- | --- | --- | --- |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.3 | **Mark Hullman**<br>**3230 Racquet Club Dr**<br>**Traverse City, MI 49684** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Michigan Dept. of Env. Quality**<br>**PO Box 30157**<br>**Lansing, MI 48909** | Line **3.103**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **MIOSHA**<br>**530 W. Allegan St.**<br>**Lansing, MI 48909-8144** | Line **3.106**<br>☐ Not listed. Explain ____ | **7115** |
| 4.6 | **Ms. Monika Chrzaszcz**<br>**U.S. Env. Prot. Agency**<br>**77 West Jackson Blvd.**<br>**Chicago, IL 60604-3590** | Line **3.164**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Robert F. Wardrop II**<br>**Wardrop & Wardrop PC**<br>**300 Ottawa Ave. NW**<br>**Suite 150**<br>**Grand Rapids, MI 49503** | Line **3.101**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 7,359,078.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 7,359,078.10 |

**Fill in this information to identify the case:**

Debtor name  **Cherry Growers, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **17-04127**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest  **Maintenance Contract for copy machine dated 8/30/16**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Applied Imaging Inc.**<br>**7718 Solution Center**<br>**Chicago, IL 60677-7007** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of 27 Ashlock cherry pitters and 9 Ashlock diverter control systems - Lease dated 6/1/11**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ashlock Company**<br>**Division of Vistan Corp.**<br>**PO Box 1676**<br>**San Leandro, CA 94577-0167** |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest  **Lease of cherry stemmers - lease expires 9/15/17**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Atlas Pacific Engineering Co.**<br>**75 Remittance Drive, Dept 6711**<br>**Chicago, IL 60675-6711** |
| 2.4.  State what the contract or lease is for and the nature of the debtor's interest  **Land lease for 3.9 acres leased by Debtor to CGI Services, LLC at Grawn facility occupied by Materne North America under New Market Tax Credit agreements**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CGI Services, LLC**<br>**6331 US 31 South**<br>**Grawn, MI 49637** |

Debtor 1   **Cherry Growers, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **17-04127**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease with $1 option to purchase of phone system and computer equipment and service agreements - lease dated 2/27/17** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Cisco Systems Capital Corp. 1111 Old Eagle School Road Wayne, PA 19087** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Gas Transportation Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DTE Energy One Energy Plaza Detroit, MI 48226-1279** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **7/9/2012 Agreement pertaining to Township's Industrial Facilities Exemption Certificate** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Industrial Facilities Tax Exemption Agent With Green Lake Township** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Supply contract** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Materne North America 20 W. 22nd St. Suite 1604 New York, NY 10010** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Forklift Lease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mor-Son Leasing Co. Inc. PO Box 1803 Grand Rapids, MI 49503** |

Debtor 1    **Cherry Growers, Inc.**                                    Case number *(if known)*    **17-04127**
　　　　　First Name　　　Middle Name　　　Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.10. State what the contract or lease is for and the nature of the debtor's interest　　**Forklift Lease**

State the term remaining

List the contract number of any government contract

**Morrison Industrial Equipment**
**PO Box 1803**
**Grand Rapids, MI 49501**

**Fill in this information to identify the case:**

Debtor name **Cherry Growers, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) **17-04127**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** | | | Column 2: **Creditor** |

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City    State    Zip Code | | | |
| 2.2 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City    State    Zip Code | | | |
| 2.3 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City    State    Zip Code | | | |
| 2.4 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City    State    Zip Code | | | |