UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In Re:                                                                                  Case No. 17-04127

CHERRY GROWERS, INC.                                              Chapter 11; Filed 8/31/17

     Debtor.                                                                      Hon. James W. Boyd
_____/

## DEBTOR'S RESPONSE TO UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S *EX PARTE* MOTION FOR EXPEDITED HEARING ON FIRST DAY MOTIONS

     NOW COMES the Debtor and Debtor-in-Possession, Cherry Growers, Inc. ("Debtor"), by and through its attorneys, Dunn, Schouten & Snoap, P.C., and for its response to the United States Trustee's Objection to Debtor's *Ex Parte* Motion for Expedited Hearing on First Day Motion states as follows:

     1.     The Debtor agrees with the United States Trustee and attaches hereto as **Exhibit A,** a revised Proposed Order which requires service of the Order Granting the Debtor's *Ex Parte* Motion for Emergency Hearing on First Day Motions on the utilities affected by the Utility Motion. The Debtor will also serve the Notice of hearing and the Utilities Motion upon the utilities affected if the Court grants the Motion for Expedited Hearing on the First Day Motion and set the Utilities Motion for hearing.

     WHEREFORE, the Debtor prays that the Court enter the attached Proposed Order after filling in the date of the hearings on the First Day Motions and grant such other and further relief that the Court deems just and proper.

1

Respectfully Submitted,

DUNN, SCHOUTEN & SNOAP, P.C.

Dated: September 1, 2017  By: /s/ Perry G. Pastula
    Thomas W. Schouten (P23060)
    Perry G. Pastula (P35588)
    Attorney for Debtor
    **Business Address and Telephone:**
    2745 DeHoop Ave. SW
    Wyoming, MI 49509
    (616) 538-6380