FORM RECUSE (06/14)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Cherry Growers, Inc.**<br>6331 US 31 South<br>Grawn, MI 49637<br>Tax ID: 38–0416406<br><br>**Debtor** | Case Number 17–04127–swd<br><br>Chapter 11<br><br>Honorable Scott W. Dales |

# ORDER OF RECUSAL

PRESENT: HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

The undersigned Judge, having reviewed the court file, hereby disqualifies himself from the above–captioned matter for the reason set forth in 28 U.S.C. § 455.

IT IS ORDERED that the clerk of this Court shall immediately reassign the above–captioned case and all pending and future proceedings therein to the Honorable Scott W. Dales , United States Bankruptcy Judge for the Western District of Michigan.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this order by first–class United States mail, postage prepaid, upon all creditors and parties of interest appearing of record herein.

Dated:  September 1, 2017                         /S/_____
                                                  James W. Boyd
                                                  United States Bankruptcy Judge