UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: Case No. 17-04127

CHERRY GROWERS, INC. Chapter 11; Filed 8/31/17

Debtor. Hon. Scott W. Dales

______________________________/

**ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR EMERGENCY HEARING ON FIRST DAY MOTIONS**

The Debtor and Debtor-In-Possession having filed its *Ex Parte Motion for Emergency Hearing on First Day Motions* ("Motion for First Day Hearings"), the Court having considered the Motion for First Day Hearings and determining that there is good cause for granting the relief requested and that no notice for hearing on the Motion for First Day Hearings is needed or required, the Court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion for First Day Hearings is granted;

2. A hearing on the First Day Motions shall be conducted in the Courtroom of the Honorable Scott W. Dales ** on September 8, 2017 at 1:00 p.m. ~~a.m.~~ or as soon thereafter as counsel may be heard on the following motions:

(a) *Debtor's Motion for Order Authorizing Payment of Pre-Petition Wages and Salaries and Pre-Petition Employee Benefits and Related Obligations*;

(b) *Debtor's Motion Pursuant to 11 U.S.C. 363(b) for Order Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service to Debtor and Approve Debtor's Adequate Assurance of Payment and Propose Procedures for Resolving Dispute Regarding*

**U.S. Bankruptcy Court, One Division Ave., NW, 2nd Floor, Courtroom A, Grand Rapids, MI 49503.

*Continued Utility Service ("Utilities Motion:";*

IT IS FURTHER ORDERED that this Order shall be served on the United States Trustee, the Debtor's secured creditors, the Debtor's 20 largest unsecured non-insider creditors, the utility companies affected by the Utilities Motion, and any party that has filed notices of appearance or requests for notice; and the Debtor shall serve this Order by electronic mail, facsimile, or overnight delivery to the best available address on or before September 1, 2017.

Consistent with the procedures set forth on this Court's website, the Court encourages parties to retain local counsel.

**Prepared By:**
Perry G. Pastula (P35588)
Dunn, Schouten & Snoap, P.C.
2745 DeHoop Ave. SW
Wyoming, MI 49509
(616) 538-6380

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated September 1, 2017**




Scott W. Dales
United States Bankruptcy Judge