Form OSTRKCE (12/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Cherry Growers, Inc.**<br>PO Box 90<br>Grawn, MI 49637<br>Tax ID: 38-0416406<br><br>**Debtor** | **Case Number 17-04127-swd**<br><br>**Chapter 11**<br><br>**Honorable Scott W. Dales** |

# NOTICE OF DEFECTIVE CLAIM

In the above-noted case, the Clerk of the Bankruptcy Court has determined that pursuant to LBR 5005-2(e), the following proof of claim presented for filing is deemed defective:

Claim Number: 41

Name of Claimant: Israel Sotelo

Reason for Defect: Other Priority amount cannot exceed total amount claimed.

NOTICE IS FURTHER GIVEN that the following action must be taken.

☒ Document needs to be re-filed
☐

If you have any questions, please contact the ECF HelpDesk by e:mailing ecfhelpdeskmiwb@miwb.uscourts.gov , calling (616) 456-2693 or by using online chat via www.miwb.uscourts.gov

Daniel M. LaVille
Clerk of Court

**Dated:** February 2, 2018