UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

CHERRY GROWERS, INC.

    Debtor.

_____ /

Case No.: 17-04127
Chapter 11; Filed: 8/31/2017
Hon. Scott W. Dales

**NOTICE AND OPPORTUNITY TO OBJECT**

    Industrial Leasing, LLC ("Industrial Leasing") and Cherry Growers, Inc. ("Debtor") have filed their Stipulation for Rejection of Industrial Leasing, LLC Leases (the "Stipulation"), the Debtor has filed a motion to approve the stipulation, which includes a proposed Order approving the Stipulation. Copies of the Motion, Stipulation and proposed Order are enclosed.

    **Your rights may be affected. You should read the Motion, Stipulation and Order carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to enter an Order approving the Stipulation, or if you want the Court to consider your views on the Stipulation, within 7 days of the date of service of this Stipulation, you or your attorney must:

1.    File with the court a written response to the objection, explaining your position, at:

US Bankruptcy Court Western District of Michigan
1 Division Ave N, Room 200
Grand Rapids, MI 49503
Attn: Hon. Scott W. Dales Chambers

    If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

1

You must also send a copy to:

>Mary Kay Shaver
>Varnum, LLP
>333 Bridge St. NW
>Grand Rapids, MI 49504

>and

>Perry G. Pastula
>Dunn, Schouten & Snoap, P.C.
>2745 DeHoop Ave. SW
>Wyoming, MI 49509

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Stipulation and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Stipulation and may enter an order granting that relief.**

| DUNN, SCHOUTEN & SNOAP, P.C. | VARNUM, LLP |
|---|---|
| By: /s/ Perry G. Pastula | By: /s/ Mary Kay Shaver |
| Perry G. Pastula (P35588) | Mary Kay Shaver (P60411) |
| 2745 DeHoop Ave. SW | 333 Bridge St. NW |
| Wyoming, MI 49509 | Grand Rapids, MI 49504 |
| Phone: (616) 538-6380 | Phone: (616) 336-6755 |
| ppastula@dunnsslaw.com | mkshaver@varnumlaw.com |
| *Attorney for Debtor* | *Attorney for Industrial Leasing, LLC* |

Date of Service: February 7, 2018